AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>nformation associated with the Google Account identified by<br>LORINGWILFRED@GMAIL.COM that is stored at premises<br>controlled by Google LLC, as further described in Attachment A | )<br>)<br>)<br>)<br>)<br>)    Case No. 21-MJ- 6006 01-GEB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
nformation associated with the Google Account identified by LORINGWILFRED@GMAIL.COM that is stored at premises controlled by Google LLC, as further described in Attachment A

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1466A | Obscene Visual Representations of the Sexual Abuse of Children |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John V. Ferreira, SA, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/4/2021

_____
*Judge's signature*

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:**<br><br>**LORINGWILFRED@GMAIL.COM**<br><br>**THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC** | **Case No.** ___21-6006-GEB___ |

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR SEARCH WARRANT

I, John V. Ferreira, Special Agent of Homeland Security Investigations, being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with the Department of Homeland Security, U.S. Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been employed by HSI as such since August 2004. Prior to that, I was an Arizona Department of Public Safety officer and detective for over 9 years.

2.  As a special agent of HSI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United States Code §1466A. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, document fraud, benefits fraud, illegal entry to the United States, and other federal crimes. I have participated in the preparation and execution of many search warrants, including those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3. As will be shown below, there is probable cause to believe that the identified Google Drive account has been used to transport, receive, or possess obscene visual representations of the sexual abuse of children, in violation of 18 U.S.C. §§ 1466A. I submit this application and affidavit in support of a search warrant authorizing the search of the account described in Attachment A. I seek authorization to examine the account to seize evidence, fruits, and instrumentalities of the foregoing criminal violations, which relate to the aforementioned criminal violations, and as further described in Attachment B.

4. The information in this affidavit has been communicated to me by other law enforcement investigators and witnesses involved in this investigation, as outlined below. Since this affidavit is being submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known to me or other investigators concerning this investigation.  Instead, I have set forth only those facts that I believe are necessary to establish the existence of probable cause to support a search warrant.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 1466A(a) proscribes:

   (a)  In general.--Any person who, in a circumstance described in subsection (d), knowingly produces, distributes, receives, or possesses with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that--
   (1) (A) depicts a minor engaging in sexually explicit conduct; and
       (B) is obscene; or
   (2) (A) depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; and
       (B) lacks serious literary, artistic, political, or scientific value;

   or attempts or conspires to do so, shall be subject to the penalties provided in section 2252A(b)(1), including the penalties provided for cases involving a prior conviction.

6. Title 18, United States Code, Section 1466A(b) proscribes:

(b) Additional Offenses.--Any person who, in a circumstance described in subsection (d), knowingly possesses a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that--
> (1) (A) depicts a minor engaging in sexually explicit conduct; and
> (B) is obscene; or
> (2) (A) depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; and
> (B) lacks serious literary, artistic, political, or scientific value;

or attempts or conspires to do so, shall be subject to the penalties provided in section 2252A(b)(2), including the penalties provided for cases involving a prior conviction.

7. Pursuant to Title 18, United States Code, Section 1466A(c), "It is not a required element of any offense under this section that the minor depicted actually exist."

8. Title 18, United States Code, Section 1466A(d) provides:

> (d) Circumstances. -- The circumstance referred to in subsections (a) and (b) is that--
> (1) any communication involved in or made in furtherance of the offense is communicated or transported by the mail, or in interstate or foreign commerce by any means, including by computer, or any means or instrumentality of interstate or foreign commerce is otherwise used in committing or in furtherance of the commission of the offense;
> (2) any communication involved in or made in furtherance of the offense contemplates the transmission or transportation of a visual depiction by the mail, or in interstate or foreign commerce by any means, including by computer;
> (3) any person travels or is transported in interstate or foreign commerce in the course of the commission or in furtherance of the commission of the offense;
> (4) any visual depiction involved in the offense has been mailed, or has been shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer; or
> (5) the offense is committed in the special maritime and territorial jurisdiction of the United States or in any territory or possession of the United States.

9. Title 18, United States Code, Section 1466A(f) provides the following definitions:

> (f) Definitions.--For purposes of this section--
> (1) the term "visual depiction" includes undeveloped film and videotape, and data stored on a computer disk or by electronic means which is capable of conversion into a visual image, and also includes any photograph, film, video, picture, digital image or picture, computer image or picture, or computer generated image or picture, whether made or produced by electronic, mechanical, or other means;

(2) the term "sexually explicit conduct" has the meaning given the term in section 2256(2)(A) or 2256(2)(B); and

(3) the term "graphic", when used with respect to a depiction of sexually explicit conduct, means that a viewer can observe any part of the genitals or pubic area of any depicted person or animal during any part of the time that the sexually explicit conduct is being depicted.

## INVESTIGATION/PROBABLE CAUSE

10. In October 2020 and November 2020, Google LLC (Google) submitted a series of reports (Cyber Tips 81461749, 81739009, 81739736, 82742289, and 82742960) to the Cyber Tipline of the National Center for Missing and Exploited Children (NCMEC), involving content Google discovered on its servers in a Google Drive account associated with a user identified as "Wilfred Loring" with email account "loringwilfred@gmail.com."

11. As background, Google offers a suite of free web-based services to users, including email, file-sharing and cloud storage. A Google account starts with 15GB of free storage across Google Drive, Gmail, and Google Photos. The Gmail service offers web-based email messaging. Google Photos is a photo sharing and storage service. Google Drive is a file storage and synchronization service which allows users to store files on Google's servers, to synchronize files across devices, and to share files. These services are usually identifiable by the user's Gmail[1] email account. These services are accessible from conventional desktop computers to tablets to smartphone devices.

12. In its reports, Google provided the images as well as the account information, including IP address information. According to Google, its personnel had reviewed the images prior to submission of the report.[2] Summarized, the content included digital art or cartoons depicting

---

[1] While these accounts are usually identifiable by the "@gmail.com" domain, user can create a Google Account using a non-Gmail email address. See Google Account Help, available at:
https://support.google.com/accounts/answer/27441?hl=en&ref_topic=3382296#existingemail
[2] The Cyber Tips included the following statement from Google:

children engaged in sexually explicit conduct or engaged in sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal with other children or adults.

13. For Google's Cyber Tip Report 81461749, Google provided the following information:

> Incident Type: Child Pornography (possession, manufacture, and distribution)
> Incident Time: 10-15-2020 08:02:48 UTC
> Name: Wilfred Loring
> Email Address: loringwilfred@gmail.com (Verified)
> Email Address: wilflor@sbcglobal.net
> Number of uploaded files: 15

The fifteen (15) reported files included the following[3]:

a. file titled "Google-CT-RPT-99ebf875ffd347f1b09e82ae84da51ae-0919_014.jpg" was an animated image that depicts two boys, who both would be under the age of five, sitting naked together and their penises are touching.

b. file titled "Google-CT-RPT-b0f07678dc9a3d92a4982bea1218dcf2-030.jpg" was an animated image that depicts an adult male ejaculating into the mouth of a boy, who appeared to be under the age of ten.

c. file titled "Google-CT-RPT-bb0688a6f653c1ab4f54088f7ec74d4b-Daz7.jpg" was an animated image that depicts a group of boys standing around naked watching one boy have anal intercourse with another boy. All of the boys in this image appeared to be under the age of ten.

d. file titled "Google-CT-RPT-3907dffa7b2545fb2c8c22180c33849a-0919_018.jpg" was an animated image that depicts two boys, who appeared to be under the age of five, on a bed together naked.

14. For Google's Cyber Tip Report 81739009, Google provided the following information:

> Incident Type: Child Pornography (possession, manufacture, and distribution)
> Incident Time: 10-22-2020 06:23:30 UTC
> Name: Wilfred Loring
> Email Address: loringwilfred@gmail.com (Verified)
> Email Address: wilflor@sbcglobal.net

---

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.
Thus, for the reports referenced herein, Google advised the content of every reported image submitted by Google had been viewed by Google personnel prior to submission, either through hash-match or concurrent viewing.

[3] Det. Neal reviewed all of the image submitted by Google. The files identified herein are a representative sample.

Number of uploaded files: 4

The four (4) reported files included the following:

a. file titled "Google-CT-RPT-2e47dc9168f8b6e51beeb5a642b5fdeb-jakarta interlude c2 p560.jpg" was an animated image that depicts a boy, who appeared to be under the age of ten, performing oral sex on another boy while two other boys watch. All of the boys in this picture are naked.

b. file titled "Google-CT-RPT-84b19fc1d069669472b167a3f9a9fec1-Screenshot (260).jpg" was an animated image that depicts a boy laying naked on his back. There was another both sitting on the first boys face and the first boy was performing oral sex on him. There was a third boy that was sitting on the first boy's penis and the first boy was having anal intercourse with him. All three boys appear to be under the age of ten and are naked in this picture.

15. For Google's Cyber Tip Report 81739736, Google provided the following information:

    Incident Type: Child Pornography (possession, manufacture, and distribution)
    Incident Time: 10-22-2020 06:36:54 UTC
    Name: Wilfred Loring
    Email Address: loringwilfred@gmail.com (Verified)
    Email Address: wilflor@sbcglobal.net
    Number of uploaded files: 1

The file titled "Google-CT-RPT-4938b112952c7b2f76f21086f331bd40-Screenshot(260).png" is an animated image that depicts a boy laying naked on his back. There was another both sitting on the first boys face and the first boy was performing oral sex on him. There was a third boy that was sitting on the first boy's penis and the first boy is having anal intercourse with him. All three boys appear to be under the age of ten and are naked in this picture. This image was also identified in Cyber Tip 81739009.

16. For Google's Cyber Tip Report 82742289, Google provided the following information:

    Incident Type: Child Pornography (possession, manufacture, and distribution)
    Incident Time: 11-12-2020 01:52:42 UTC
    Name: Wilfred Loring
    Email Address: loringwilfred@gmail.com (Verified)
    Email Address: wilflor@sbcglobal.net
    Number of uploaded files: 2

The two (2) reported files included the following:

    a. file titled "Google-CT-RPT-513c63ed07f58894dc52bc2d8e254b71-jakarta interludec2p579 .jpg" was an animated image that depicts two boys, who both appeared to be under the age of ten, performing oral sex on each other. There are two quotes on the picture that read, "Three minutes later" and "Pieter was right, he is good indeed".

    b. file titled "Google-CT-RPT-ca3cccb43b3d52dac4b71a2ebefc40f5-0822_003.jpg" was an animated image that depicted a boy, who appeared to be under the age of ten, and he was wearing a cowboy hat and a duster. The duster was pulled open and his penis is visible.

17. For Google's Cyber Tip Report 82742960, Google provided the following information:

    Incident Type: Child Pornography (possession, manufacture, and distribution)
    Incident Time: 11-12-2020 01:58:30 UTC
    Name: Wilfred Loring
    Email Address: loringwilfred@gmail.com (Verified)
    Email Address: wilflor@sbcglobal.net
    Number of uploaded files: 2

The two (2) reported files included the following:

    a. file titled "Google-CT-RPT-27fa808813b7466be9e9168eb881a809-crop_003.jpg" was an animated image that depicted an adult male having anal intercourse with a boy, who appeared to be under the age of seven.

    b. file titled "Google-CT-RPT-111bc946b9e7e1243b29289c8b348b6d-0919_021.jpg" is an animated image that depicts two boys, who both appeared to be under the age of five, performing oral sex on each other.

18. Information provided from Google indicated uploads related to these Cyber Tips began on or about August 22, 2020 from IP addresses 2602:306:b8a5:3320:197e:1016:1f73:ca6e and 2602:306:b8a5:3320:880b:3a45:73ce:fb05. Both IP addresses were Geo-located and were assigned to AT&T for customers in or around Lindsborg, Kansas.

19. On November 18, 2020, Wichita Police Department Detective Stephanie Neal, who is currently assigned to the Kansas Internet Crimes Against Children (ICAC) Task Force, was assigned Cyber Tips 81461749, 81739009, 81739736, 82742289, and 82742960. Det. Neal reviewed all of the images submitted by Google as part of its reports. The images, as described above, were cartoons depicting minors engaged in sexually explicit conduct and

were obscene. Likewise, most of the cartoons depicted an image that appeared to be of a minor engaging in sexual intercourse which lacked serious literary, artistic, political, or scientific value.

20. Your affiant submitted a federal summons for subscriber information to AT&T for the customer using IP addresses 2602:306:b8a5:3320:197e:1016:1f73:ca6e and 2602:306:b8a5:3320:880b:3a45:73ce:fb05 on upload dates.

21. AT&T returned the following information related to the customer assigned the IP addresses involved in the uploads to Google as:

> Account Number: 144783401
> Account Name: Wilfred Loring
> Billing Address: 411 N. Washington St., Lindsborg, Kansas 67456-1727

22. AT&T also identified their customer Wilfred Loring as having "wilfred2015@ATT.net" and "wilflor@sbcglobal.net". The latter was the secondary email account identified by Google as associated with the uploaded files described above.

23. Data searches were conducted, and information was located about Wilfred A. Loring Jr with a date of birth of XX/XX/1952. An address of 411 N Washington Street, Lindsborg, Kansas was also located for Loring.

## CHARACTERISTICS OF CHILD PORNOGRAPHERS

24. From conversation with experienced investigators, including those at the Kansas ICAC, and based on my experience in investigating child pornography cases, I have learned the following regarding child pornography offenders or people who are sexually attracted to children or images that exhibit children engaged in sexual acts:

   a. The majority of individuals who collect visual representations of the sexual abuse of children are persons who have a sexual attraction to children. These individuals use these materials, in part, for their own sexual gratification and satisfaction.

b. The majority of individuals who collect visual representations of the sexual abuse of children also tend to collect child erotica, which may consist of images or text that do not rise to the level of child pornography but which nonetheless fuel their deviant sexual fantasies involving children.

c. The majority of individuals who collect visual representations of the sexual abuse of children often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance and support. This contact also helps these individuals to rationalize and validate their deviant sexual interest and associated behavior.  The different Internet-based mediums used by such individuals to communicate with each other include, but are not limited to, peer-to-peer file-sharing networks, e-mail, instant messaging, social media groups, bulletin boards, and other similar venues and mediums. Frequently, multiple mediums will be used.

d. The majority of individuals who collect material involving visual representations of the sexual abuse of children often collect, read, copy or maintain names, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange or commercial profit.  These names may be maintained in the original medium from which they were derived, in telephone books or notebooks, on computer storage devices, or merely on scraps of paper.

25. Affiant asserts the content discovered by Google indicates the user of the account has a persistent interest in visual representations of the sexual abuse of children, manifesting the characteristics of child pornographers. Because of these characteristics, Affiant believes the account(s) associated with the user are likely to contain additional evidence of this persistent interest in child exploitation, as well as evidence of contacts with other like-minded offenders.

## CONCLUSION

26. Based on the foregoing facts, there is probable cause to believe the above-identified Google account (further described in Attachment A) to facilitate the possession of visual depictions involving obscene visual representations children engaged in sexually explicit conduct and

which depicted minors engaged in sexual intercourse and lacked serious literary, artistic, political, or scientific value.

27. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that the account described above has been involved in violations of 18 U.S.C. § 1466A, and that evidence of that criminal offense will be located in the account described above.

28. Further, I submit that such evidence, listed in Attachment B to this affidavit, constitutes contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

29. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the account identified in Attachment A for the items listed in Attachment B.

John V. Ferreira
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in my presence on this 4th day of February, 2021.

THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

## ATTACHMENT A

### Description of Account(s) to Searched/Examined

This warrant applies to information associated with the Google Account identified by Gmail

account "**loringwilfred@gmail.com**" that is stored at premises owned, maintained, controlled,

or operated by Google LLC., a company headquartered in Mountain View, California.

# ATTACHMENT B

## Particular Things to be Seized

I.      **Information to be disclosed by Google**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google LLC ("Google"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Google, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information provided to Google, during the registration process or at any time thereafter;

(b)      All public-facing profile information for the account,

(c)      All photos and videos uploaded by that user and all photos and videos uploaded by any other user to that account, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and video;

(d)      All contacts of the account, lists of approved users, and including the privacy settings associated with such lists;

(e)      All groups and networks of which the user is a member;

(f)      All activity logs, including IP addresses, for the account and all other documents showing the user's activity and other Google Drive activities;

(g)      All records or other information regarding the devices and internet browsers associated with, or used in connection with, the identified account, including the

hardware model, operating system version, unique device identifiers, and mobile network information;

(h)     All other records and contents of communications and messages made or received by the user;

(i)     All IP logs, including all records of the IP addresses that logged into the account;

(j)     The types of service utilized by the user;

(k)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(l)     All privacy settings and other account settings for the identified account;

(m)    All records pertaining to communications between Google and any person regarding the identified account, including contacts with support services and records of actions taken.

Google is hereby ordered to disclose the above information to the government within **30 DAYS** of issuance of this warrant. (Google may request an extension, and such extension may be authorized by the receiving agent or agency, John Ferreira of HSI.)

**II.      Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the criminal violations of 18 U.S.C. §§ 1466A, as described in the Affidavit, including information pertaining to the following matters:

(a)  The identity of the person(s) who created or used the Google account, including records that help reveal the whereabouts of such person(s);

(b) Evidence indicating how and when the Google account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Google account owner;

(c) Evidence indicating the Google account owner's state of mind as it relates to the crimes under investigation;

(d) Evidence of obscene visual depictions of minors engaged in sexually explicit conduct, child pornography, child erotica, and communications pertaining to child pornography, child sexual abuse, and child sexual exploitation; and

(e) Evidence showing communications with or about minors.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the HSI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.